**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7862**

———————

KENNETH SHANNON,

Petitioner - Appellant,

versus

DAVID GARRAGHTY, Warden, Greensville
Correctional Center,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-00-1323-AM)

———————

Submitted: March 25, 2002        Decided: April 12, 2002

———————

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Kenneth Shannon, Appellant Pro Se. Eugene Paul Murphy, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Shannon appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Shannon v. Garraghty, No. CA-1323-AM (E.D. Va. filed Sept. 18, 2001; entered Sept. 19, 2001). We deny Shannon's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED